UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------------- X
JULIO REYES, on behalf of himself and all others similarly situated,

                                        Plaintiff,

-against-

                                        No. 2:21 Civ. 17109 (BRM) (JRA)

SONG OF THE SON, INC. d/b/a THE MEAT BROS KOREAN BBQ, JEONG YOOK CORP. d/b/a JEONG YOOK KOREAN BBQ, and JAE YONG SON,

                                      Defendants

----------------------------------------------------------------------- X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff Julio Reyes and Defendants Song of the Son, Inc. d/b/a The Meat Bros Korean BBQ, Jeong Yook Corp. d/b/a Jeong Yook Korean BBQ, and Jae Yong Son (collectively, "Defendants"), through their respective counsel, stipulate that the above-captioned action has been settled and shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated:  New York, New York
              _____May 12_____, 2022

**PECHMAN LAW GROUP PLLC**
*Attorneys for Plaintiff*

By:_____
    Louis Pechman
    Galen C. Baynes
    488 Madison Avenue, 17th Floor
    New York, NY 10022
    Tel.: (212) 583–9500

**XUE AND ASSOCIATES, P.C.**
*Attorneys for Defendants*

By:_____
    Benjamin B. Xue
    1 School Street, Suite 303A
    Glen Cove, New York 11542
    Tel.: (516) 595-8887

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:   05/12/2022**